UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| K.N.N., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Civil Action No. 23-2748 (APM) |

## MOTION TO TRANSFER AND DISMISS

By and through their undersigned counsel, and pursuant to Section 1404 of Title 28 of the U.S. Code, Defendants—the United States of America and certain agencies and officials of the United States responsible for administering the Nation's immigration laws and programs—respectfully move to transfer this action to the Northern District of Texas, as the acts or omissions complained of occurred there.  Alternatively, Defendants move to dismiss this case under Federal Rules of Civil Procedure ("Rules") 12(b)(1) for lack of subject matter jurisdiction, 12(b)(3) for improper venue, and 12(b)(6) for failure to state a claim upon which relief may be granted.  For he reasons set forth in detail in the accompanying memorandum of points and authorities, this Court should either transfer this action to the Northern District of Texas or dismiss it entirely.  A proposed order is attached.

Dated: February 20, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:       /s/ *Stephen DeGenaro*
     STEPHEN DEGENARO
     D.C. Bar #1047116
     KAITLIN K. ECKROTE
     D.C. Bar #1670899
     Assistant United States Attorneys
     601 D Street, NW
     Washington, DC 20530
     (202) 252-7229 (DeGenaro)
     (202) 252-2485 (Eckrote)
     Stephen.DeGenaro@usdoj.gov
     Kaitlin Eckrote@usdoj.gov

*Attorneys for the United States of America*