UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| K.N.N., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Civil Action No. 23-2748 (APM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion to transfer and dismiss, and the entire record herein, it is hereby

ORDERED that Defendants' motion to transfer is GRANTED;

ORDERED that the Clerk of the Court shall transfer this action to the United States District Court for the Northern District of Texas where the acts or omissions complained of occurred; and it is further

ORDERED that Defendants' motion to dismiss is DENIED WITHOUT PREJUDICE AS MOOT and that Defendants shall have leave to refile any appropriate motion under Rule 12 within 21 days of this action being docketed with the transferee court.

[Alternatively] ORDERED that Defendants' motion to dismiss is GRANTED

SO ORDERED:


_____                    _____
Dated                                             Hon. Amit P. Mehta
                                                  United States District Judge