UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| K.N.N., et al,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 23-2748 (APM) |

**DECLARATION OF SARA ZAMPIERIN**

I, Sara Zampierin, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney and counsel for Plaintiffs in this case. I am admitted to practice in the U.S. District Court for the District of Columbia.

2. Attached as Exhibit A is a true and correct copy of the complaint filed in *Project South v. U.S. Immigr. & Customs Enf.*, No. 1:21-cv-8440 (S.D.N.Y.) (filed October 13, 2021).

3. Attached as Exhibit B is a true and correct copy of one of the underlying FOIA requests at issue in the *Project South* litigation, referred to as the "Data Request."

4. Attached as Exhibit C is a true and correct copy of another one of the underlying FOIA requests at issue in the *Project South* litigation, referred to as the "Communications Request."

5. Attached as Exhibit D is a true and correct copy of documents produced as part of the *Project South* FOIA requests and litigation, labeled 2022-ICLI-00003 at 1007–1034.

6. Attached as Exhibit E is a true and correct copy of documents produced as part of the *Project South* FOIA requests and litigation, labeled 2022-ICLl-00003 at 1001–1006.

7. Attached as Exhibit F is a true and correct copy of documents produced as part of the *Project South* FOIA requests and litigation, labeled 2022-ICLl-00003 at 996–1000.

8. Attached as Exhibit G is a true and correct copy of documents produced as part of the *Project South* FOIA requests and litigation, labeled 2022-ICLI-00003 at 327–332.

9. Attached as Exhibit H is a true and correct copy of an ICE Air Operations Handbook, downloaded from https://transgenderlawcenter.org/wp-content/uploads/2019/10/ERO-ICE-operations-handbook-.pdf.

10. Attached as Exhibit I is a true and correct excerpt of documents downloaded from https://www.citizensforethics.org/wp-content/uploads/2023/02/2022-2-14-Release.pdf.

These documents are labeled as a FOIA records production from February 14, 2022 in the case *Citizens for Responsibility and Ethics in Washington v. U.S. Immigration and Customs Enforcement*, 1:21-cv-00708-EGS (D.D.C., filed Mar. 17, 2021), according to the webpage plaintiffs' counsel created for the case.[1]

11. Attached as Exhibit J is a true and correct copy of a letter sent from the U.S. Department of Homeland Security's Office for Civil Rights and Civil Liberties (CRCL) to Prof. Fatma Marouf on September 29, 2023, in response to a complaint filed with CRCL about use of The WRAP on Plaintiffs and others.

12. Attached as Exhibit K is a true and correct copy of a document received on April 26, 2024, as part of a FOIA request sent to CRCL by Prof. Fatma Marouf seeking a copy of CRCL's report regarding The WRAP.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 20, 2024 at Dallas, Texas.

/s/ Sara Zampierin
Sara Zampierin (D.D.C. Bar # TX0074)
CIVIL RIGHTS CLINIC, TEXAS A&M
SCHOOL OF LAW**
307 W 7th St., Suite LL50
Fort Worth, TX 76102
817-212-4123
sara.zampierin@law.tamu.edu

---

[1] https://www.citizensforethics.org/legal-action/lawsuits/ice-tortured-immigrants-into-accepting-deportation/