# EXHIBIT D

**From:** (b)(6); (b)(7)(C)
**Sent:** Thu, 24 Sep 2020 17:01:39 +0000
**To:** (b)(6); (b)(7)(C)
**Cc:**
**Subject:** RE: Oct 12 Cameroon / DRC large
**Attachments:** SHRC (b)(7)(E) Manifest_DRC_CAMEROON_13 OCT 20_FINAL.xlsx

All:

This is that last revision of the manifest. As always, it is likely that we will lose a few more from this list prior to departure. Please feel free to delete columns that are not needed for your purposes.

(b)(6); (b)(7)(C) DDO
RIO - Africa
Desk: (202) 73 (b)(6); (b)(7)(C)
Cell: (215) 399 (b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Thursday, September 24, 2020 12:25 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

Hello (b)(6); (b)(7)(C)

Do you have an ETA on the alien manifest?

Thank you,

(b)(6); (b)(7)(C)
*Detention and Deportation Officer*
ICE Air Operations Division, Air Charter Operations
6335 S. Downwind Circle, (b)(6); (b)(7)(C) Mesa, AZ 85212
480-638- (b)(6); (b)(7)(C) (M)
(b)(6); (b)(7)(C) @ice.dhs.gov



NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message from your system.

**From:** (b)(6); (b)(7)(C)
**Sent:** Wednesday, September 23, 2020 8:38 AM
**To:** (b)(6); (b)(7)(C)                          @ice.dhs.gov>; (b)(6); (b)(7)(C)              @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)              @ice.dhs.gov>; (b)(6); (b)(7)(C)                          @ice.dhs.gov>;
(b)(6); (b)(7)(C)              @ice.dhs.gov>; (b)(6); (b)(7)(C)                  @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)              @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

If its only cuts, then not as big of a deal. (b)(5); (b)(7)(E)
(b)(5); (b)(7)(E)

If you can have that back to me by tomorrow, then not a big deal either way.

Thank you,

(b)(6); (b)(7)(C)
*Detention and Deportation Officer*
ICE Air Operations Division, Air Charter Operations
6335 S. Downwind Circle, (b)(6); (b)(7)(C) Mesa, AZ 85212
480-638-(b)(6); (b)(7)(C)           (M)
(b)(6); (b)(7)(C)         @ice.dhs.gov

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information.  Please inform the sender that you received this message in error and delete the message from your system.

**From:** (b)(6); (b)(7)(C)                          @ice.dhs.gov>
**Sent:** Wednesday, September 23, 2020 8:31 AM
**To:** (b)(6); (b)(7)(C)                          @ice.dhs.gov>; (b)(6); (b)(7)(C)              @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)              @ice.dhs.gov>; (b)(6); (b)(7)(C)                          @ice.dhs.gov>;
(b)(6); (b)(7)(C)              @ice.dhs.gov>; (b)(6); (b)(7)(C)                  @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)              @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

Copy that, there will not be any additions, only subtractions, if that helps. Perhaps they could get started on what you have now?

(b)(6); (b)(7)(C)         DDO
RIO - Africa
Desk: (202) 732-(b)(6); (b)(7)(C)
Cell: (215) 399-(b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Wednesday, September 23, 2020 11:30 AM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>;
(b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

10-4. Please no later than tomorrow as our ERA has to work on the transfer broadcast.

Thank you,

(b)(6); (b)(7)(C)

*Detention and Deportation Officer*
ICE Air Operations Division, Air Charter Operations
6335 S. Downwind Circle, (b)(6); Mesa, AZ 85212
480-638-(b)(6); (b)(7)(C) (M)
(b)(6); (b)(7)(C) @ice.dhs.gov



NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message from your system.

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Wednesday, September 23, 2020 8:29 AM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>;
(b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

(b)(6); (b)(7)(C)

The version from the memo is not current. I just created a revised version of this today, and sent it to (b)(6); (b)(7)(C) for review. She is out today. We will have the latest version to you by COB tomorrow.

(b)(6); (b)(7)(C) DDO
RIO - Africa
Desk: (202) 732-(b)(6); (b)(7)(C)
Cell: (215) 399-(b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Wednesday, September 23, 2020 11:26 AM

**To:** (b)(6); (b)(7)(C)                    @ice.dhs.gov>; (b)(6); (b)(7)(C)                    @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)                    @ice.dhs.gov>; (b)(6); (b)(7)(C)                    @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

(b)(6); (b)(7)(C)

To date, IAO has not received an alien manifest from RIO for this SHRC.  I have extracted the attached from the charter memo.  Can you confirm this manifest is the latest version?

Thank you,

(b)(6); (b)(7)(C)

*Detention and Deportation Officer*
ICE Air Operations Division, Air Charter Operations
6335 S. Downwind Circle, (b)(6); (b)(7)(C)   Mesa, AZ 85212
480-638-(b)(6); (b)(7)(C)            (M)
(b)(6); (b)(7)(C)       @ice.dhs.gov



NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information.  Please inform the sender that you received this message in error and delete the message from your system.

---

**From:** (b)(6); (b)(7)(C)                    @ice.dhs.gov>
**Sent:** Thursday, September 3, 2020 10:42 PM
**To:** (b)(6); (b)(7)(C)                    @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)       @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)                    @ice.dhs.gov>; (b)(6); (b)(7)(C)                    @ice.dhs.gov>;
(b)(6); (b)(7)(C)                    @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)       @ice.dhs.gov>; (b)(6); (b)(7)(C)                    @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)       @ice.dhs.gov>; (b)(6); (b)(7)(C)                    @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)       @ice.dhs.gov>; (b)(6); (b)(7)(C)                    @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)       @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

Thanks (b)(6); (b)(7)(C)

Thank you,

(b)(6); (b)(7)(C)

*Detention and Deportation Officer*
ICE Air Operations Division, Air Charter Operations
6335 S. Downwind Circle, (b)(6); (b)(7)(C)   Mesa, AZ 85212
480-638-(b)(6); (b)(7)(C)            (M)

(b)(6); (b)(7)(C)   @ice.dhs.gov



NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you
have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information.  Please inform
the sender that you received this message in error and delete the message from your system.

---

**From:** (b)(6); (b)(7)(C)                    @ice.dhs.gov>
**Date:** Thursday, Sep 03, 2020, 9:39 PM
**To:** (b)(6); (b)(7)(C)                @ice.dhs.gov>, (b)(6); (b)(7)(C)              @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)          @ice.dhs.gov>, (b)(6); (b)(7)(C)           @ice.dhs.gov>, (b)(6);
(b)(6); (b)(7)(C)          @ice.dhs.gov>, (b)(6); (b)(7)(C)           @ice.dhs.gov>, (b)(6);
(b)(6); (b)(7)(C)        @ice.dhs.gov>, (b)(6); (b)(7)(C)           @ice.dhs.gov>, (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)      @ice.dhs.gov>, (b)(6); (b)(7)(C)           @ice.dhs.gov>, (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)          @ice.dhs.gov>, (b)(6); (b)(7)(C)        @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

We are good on Cameroon and DRC.

(b)(6); (b)(7)(C)

Assistant Attaché
Department of Homeland Security
U.S. Embassy, Pretoria, South Africa
(O): 27-10-141 (b)(6);
(C):27-79-111 (b)(7)(C)

---

**From:** (b)(6); (b)(7)(C)              @ice.dhs.gov>
**Sent:** Friday, September 04, 2020 5:10 AM
**To:** (b)(6); (b)(7)(C)              @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)       @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)          @ice.dhs.gov>; (b)(6); (b)(7)(C)           @ice.dhs.gov>;
(b)(6); (b)(7)(C)          @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)       @ice.dhs.gov>; (b)(6); (b)(7)(C)           @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)       @ice.dhs.gov>; (b)(6); (b)(7)(C)           @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)       @ice.dhs.gov>; (b)(6); (b)(7)(C)           @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

Hey (b)(6); (b)(7)(C)

Lock-in for this flight is next Friday.  Please advise if we are cleared to move forward with the arrival times for the removal countries listed on the attached flight itinerary.  Also, the itinerary h(b)(7)(E)
(b)(7)(E)

Thank you,

(b)(6); (b)(7)(C)

*Detention and Deportation Officer*
ICE Air Operations Division, Air Charter Operations
6335 S. Downwind Circle, (b)(6); (b)(7)(C)  Mesa, AZ 85212
480-638-(b)(6); (b)(7)(C)  (M)
(b)(6); (b)(7)(C)  @ice.dhs.gov

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information.  Please inform the sender that you received this message in error and delete the message from your system.

**From:** (b)(6); (b)(7)(C)
**Sent:** Thursday, August 27, 2020 11:58 AM
**To:** (b)(6); (b)(7)(C)  @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)  @ice.dhs.gov>; (b)(6); (b)(7)(C)  @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)  @ice.dhs.gov>; (b)(6); (b)(7)(C)  @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)  @ice.dhs.gov>(b)(6); (b)(7)(C)  @ice.dhs.gov>;
(b)(6); (b)(7)(C)  @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)  @ice.dhs.gov>; (b)(6); (b)(7)(C)  @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)  @ice.dhs.gov>; (b)(6); (b)(7)(C)  @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

All,

See attached itinerary for this SHRC. Please let us know once its approved by the removal countries.

Thank you,

(b)(6); (b)(7)(C)

*Detention and Deportation Officer*
ICE Air Operations Division, Air Charter Operations
6335 S. Downwind Circle, (b)(6); (b)(7)(C)  Mesa, AZ 85212
480-638-(b)(6); (b)(7)(C)  (M)
(b)(6); (b)(7)(C)  @ice.dhs.gov



NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message from your system.

**From:** (b)(6); (b)(7)(C)
**Sent:** Thursday, August 27, 2020 9:06 AM
**To:** (b)(6); (b)(7)(C)                    @ice.dhs.gov>;(b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)          @ice.dhs.gov>;(b)(6); (b)(7)(C)          @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)          @ice.dhs.gov>;(b)(6); (b)(7)(C)              @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)              @ice.dhs.gov>; (b)(6); (b)(7)(C)                    @ice.dhs.gov>;
(b)(6); (b)(7)(C)              @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)          @ice.dhs.gov>;(b)(6); (b)(7)(C)          @ice.dhs.gov>;(b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)          @ice.dhs.gov>;(b)(6); (b)(7)(C)          @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

More issues with this itinerary and will call (b)(6); (b)(7) to explain. See below from our vendor.

(b)(7)(E)

Thank you,

(b)(6); (b)(7)(C)
*Detention and Deportation Officer*
ICE Air Operations Division, Air Charter Operations
6335 S. Downwind Circle, (b)(6); (b)(7)(C) Mesa, AZ 85212

480-638 (b)(6); (b)(7)(C)  (M)
(b)(6); (b)(7)(C)  @ice.dhs.gov



NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information.  Please inform the sender that you received this message in error and delete the message from your system.

**From:** (b)(6); (b)(7)(C)                    @ice.dhs.gov>
**Sent:** Wednesday, August 26, 2020 12:06 PM
**To:** (b)(6); (b)(7)(C)                    @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)    @ice.dhs.gov>; (b)(6); (b)(7)(C)    @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)    @ice.dhs.gov>; (b)(6); (b)(7)(C)    @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)    @ice.dhs.gov>; (b)(6); (b)(7)(C)    @ice.dhs.gov>;
(b)(6); (b)(7)(C)    @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)    @ice.dhs.gov>; (b)(6); (b)(7)(C)    @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)    @ice.dhs.gov>; (b)(6); (b)(7)(C)    @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

(b)(7)(E)   is GTG

**From:** (b)(6); (b)(7)(C)                    @ice.dhs.gov>
**Sent:** Wednesday, August 26, 2020 7:00 PM
**To:** (b)(6); (b)(7)(C)                    @ice.dhs.gov>; (b)(6); (b)(7)(C)    @ice.dhs.gov>;
(b)(6); (b)(7)(C)    @ice.dhs.gov>; (b)(6); (b)(7)(C)    @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)    @ice.dhs.gov>; (b)(6); (b)(7)(C)    @ice.dhs.gov>;
(b)(6); (b)(7)(C)    @ice.dhs.gov> (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)    @ice.dhs.gov>; (b)(6); (b)(7)(C)    @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)    @ice.dhs.gov>; (b)(6); (b)(7)(C)    @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

Sounds good to me. I know (b)(6) is anxious to get this itinerary locked in.


Sent with BlackBerry Work
(www.blackberry.com)

**From:** (b)(6); (b)(7)(C)                    @ice.dhs.gov>
**Date:** Wednesday, Aug 26, 2020, 2:33 PM
**To:** (b)(6); (b)(7)(C)                    @ice.dhs.gov>, (b)(6); (b)(7)(C)    @ice.dhs.gov>,
(b)(6); (b)(7)(C)    @ice.dhs.gov>, (b)(6); (b)(7)(C)    @ice.dhs.gov>

**Cc:** (b)(6); (b)(7)(C)  @ice.dhs.gov>, (b)(6); (b)(7)(C)  @ice.dhs.gov> (b)(6);
(b)(6); (b)(7)(C)  @ice.dhs.gov>, (b)(6); (b)(7)(C)  @ice.dhs.gov>, (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)  @ice.dhs.gov>, (b)(6); (b)(7)(C)  @ice.dhs.gov>

**Subject:** RE: Oct 12 Cameroon / DRC large

All,

Just an update on the itinerary for this SHRC.

(b)(5); (b)(7)(E)

Please let me know if anyone has any issues or concerns.

Thank you,

(b)(6); (b)(7)(C)

*Detention and Deportation Officer*
ICE Air Operations Division, Air Charter Operations
6335 S. Downwind Circle, (b)(6); (b)(7)(C)  Mesa, AZ 85212
480-638 (b)(6); (b)(7)(C)  (M)
(b)(6); (b)(7)(C)  @ice.dhs.gov



NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you
have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information.  Please inform
the sender that you received this message in error and delete the message from your system.

**From:** (b)(6); (b)(7)(C)  @ice.dhs.gov>
**Sent:** Tuesday, August 25, 2020 1:39 PM
**To:** (b)(6); (b)(7)(C)  @ice.dhs.gov> (b)(6); (b)(7)(C)  @ice.dhs.gov>;
(b)(6); (b)(7)(C)  @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)  @ice.dhs.gov>; (b)(6); (b)(7)(C)  @ice.dhs.gov>;
(b)(6); (b)(7)(C)  @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)  @ice.dhs.gov>; (b)(6); (b)(7)(C)  @ice.dhs.gov>; (b)(6); (b)(7)(C)
@ice.dhs.gov>; (b)(6); (b)(7)(C)  @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

Thanks.

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** (b)(6); (b)(7)(C)                              @ice.dhs.gov>
**Date:** Tuesday, Aug 25, 2020, 4:25 PM
**To:** (b)(6); (b)(7)(C)              @ice.dhs.gov>, (b)(6); (b)(7)(C)                    @ice.dhs.gov>,
(b)(6); (b)(7)(C)                          @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)                @ice.dhs.gov>, (b)(6); (b)(7)(C)                    @ice.dhs.gov>, (b)(6);
(b)(6); (b)(7)(C)              @ice.dhs.gov>, (b)(6); (b)(7)(C)                    @ice.dhs.gov> (b)(6);
(b)(6); (b)(7)(C)            @ice.dhs.gov>, (b)(6); (b)(7)(C)                    @ice.dhs.gov> (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)          @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

Hey all,

I spoke to the SDDO at Prairieland and we are good to go to stage the additional aliens.

Thank you,

(b)(6); (b)(7)(C)

*Detention and Deportation Officer*
ICE Air Operations Division, Air Charter Operations
6335 S. Downwind Circle, (b)(6);       Mesa, AZ 85212
480-638 (b)(6); (b)(7)(C)          (M)
(b)(6); (b)(7)(C)      @ice.dhs.gov



NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you
have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform
the sender that you received this message in error and delete the message from your system.

---

**From:** (b)(6); (b)(7)(C)                        @ice.dhs.gov>
**Sent:** Monday, August 24, 2020 12:50 PM
**To:** (b)(6); (b)(7)(C)                            @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)          @ice.dhs.gov>; (b)(6); (b)(7)(C)                      @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)                @ice.dhs.gov>; (b)(6); (b)(7)(C)                        @ice.dhs.gov>;
(b)(6); (b)(7)(C)                    @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)          @ice.dhs.gov>; (b)(6); (b)(7)(C)              @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)          @ice.dhs.gov>; (b)(6); (b)(7)(C)              @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

Thanks, (b)(6); (b)(7)(C); (b)(7)(E)

Regards,

(b)(6); (b)(7)(C)

Department of Homeland Security
Immigration and Customs Enforcement
Removal and International Operations
Embassy Liaison/Desk Officer

500 12th Street, SW
Washington, DC 20536
202-732 (b)(6); (Office)
(b)(7)(
202-696 C) (Mobile)
Email: (b)(6); @ice.dhs.gov
(b)(7)(C)

Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.

---

**From:** (b)(6); (b)(7)(C)                           @ice.dhs.gov>
**Sent:** Monday, August 24, 2020 3:47 PM
**To:** (b)(6); (b)(7)(C)              @ice.dhs.gov>; (b)(6); (b)(7)(C)           @ice.dhs.gov>;
(b)(6); (b)(7)(C)                          @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)              @ice.dhs.gov>; (b)(6); (b)(7)(C)                      @ice.dhs.gov>;
(b)(6); (b)(7)(C)                   @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)          @ice.dhs.gov>; (b)(6); (b)(7)(C)                @ice.dhs.gov> (b)(6); (b)(7)(C)
              @ice.dhs.gov>; (b)(6); (b)(7)(C)              @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

(b)(5); (b)(6); (b)(7)(C); (b)(7)(E)

(b)(6); (b)(7)(C)        DDO
RIO - Africa
Desk: (202) 732 (b)(6);
(b)(7)(C)
Cell: (215) 399-

---

**From:** (b)(6); (b)(7)(C)                  @ice.dhs.gov>
**Sent:** Monday, August 24, 2020 3:38 PM
**To:** (b)(6); (b)(7)(C)              @ice.dhs.gov>; (b)(6); (b)(7)(C)          @ice.dhs.gov>;
(b)(6); (b)(7)(C)                  @ice.dhs.gov>

**Cc:** (b)(6); (b)(7)(C)    @ice.dhs.gov>; (b)(6); (b)(7)(C)    @ice.dhs.gov>;
(b)(6); (b)(7)(C)    @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)    @ice.dhs.gov>; (b)(6); (b)(7)(C)    @ice.dhs.gov>; (b)(6); (b)(7)(C)
    @ice.dhs.gov>; (b)(6); (b)(7)(C)    @ice.dhs.gov>

**Subject:** RE: Oct 12 Cameroon / DRC large

(b)(5); (b)(7)(E)

Thank you,

(b)(6); (b)(7)(C)

*Detention and Deportation Officer*

ICE Air Operations Division, Air Charter Operations

6335 S. Downwind Circle, (b)(6);    Mesa, AZ 85212

480-638 (b)(6); (b)(7)(C)    (M)

(b)(6); (b)(7)(C)    @ice.dhs.gov

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information.  Please inform the sender that you received this message in error and delete the message from your system.

---

**From:** (b)(6); (b)(7)(C)    @ice.dhs.gov>

**Sent:** Monday, August 24, 2020 12:32 PM

**To:** (b)(6); (b)(7)(C)    @ice.dhs.gov>; (b)(6); (b)(7)(C)    @ice.dhs.gov>;
(b)(6); (b)(7)(C)    @ice.dhs.gov>

**Cc:** (b)(6); (b)(7)(C)    @ice.dhs.gov>; (b)(6); (b)(7)(C)    @ice.dhs.gov>;
(b)(6); (b)(7)(C)    @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)    @ice.dhs.gov>; (b)(6); (b)(7)(C)    @ice.dhs.gov>; (b)(6); (b)(7)(C)
    @ice.dhs.gov>; (b)(6); (b)(7)(C)    @ice.dhs.gov>

**Subject:** RE: Oct 12 Cameroon / DRC large

(b)(6); (b)(7)(C)

Please make sure that (b)(7)(E) understands that we will have alternates for both countries (b)(5)
(b)(5)

(b)(6); (b)(7)(C)    DDO

RIO - Africa

Desk: (202) 732 (b)(6);
Cell: (215) 399 (b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Monday, August 24, 2020 2:22 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>;
(b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>;
(b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C)
@ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

10-4 thanks saw that too.

Thank you,

(b)(6); (b)(7)(C)

*Detention and Deportation Officer*
ICE Air Operations Division, Air Charter Operations
6335 S. Downwind Circle, (b)(6); (b)(7)(C) Mesa, AZ 85212
480-638 (b)(6); (b)(7)(C) (M)
(b)(6); (b)(7)(C) @ice.dhs.gov

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you
have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform
the sender that you received this message in error and delete the message from your system.

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Monday, August 24, 2020 11:16 AM
**To** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>;
(b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>;
(b)(6); (b)(7)(C) @ice.dhs.gov> (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov> (b)(6); (b)(7)(C)
@ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

(b)(6); (b)(7)( limited us to:
(b)(7)(E)

(b)(6); (b)(7)(C) DDO
RIO - Africa

Desk: (202) 73 (b)(6); (b)(7)(C)
Cell: (215) 399

**From:** (b)(6); (b)(7)(C)                @ice.dhs.gov>
**Sent:** Monday, August 24, 2020 2:11 PM
**To:** (b)(6); (b)(7)(C)        @ice.dhs.gov>; (b)(6); (b)(7)(C)        @ice.dhs.gov>;
(b)(6); (b)(7)(C)                @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)        @ice.dhs.gov>; (b)(6); (b)(7)(C)        @ice.dhs.gov>;
(b)(6); (b)(7)(C)                @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)        @ice.dhs.gov> (b)(6); (b)(7)(C)        @ice.dhs.gov>; (b)(6); (b)(7)(C)
                @ice.dhs.gov>; (b)(6); (b)(7)(C)                @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

Hey all,

I just followed up again on the itinerary.  That said, I need to request staging approval for (b)(7)(E) and
need to know the projected alien count for this SHRC.  Please provide.

Thank you,

(b)(6); (b)(7)(C)

*Detention and Deportation Officer*
ICE Air Operations Division, Air Charter Operations
6335 S. Downwind Circle, (b)(6); (b)(7)(C)  Mesa, AZ 85212
480-638- (b)(6); (b)(7)(C)        (M)
(b)(6); (b)(7)(C)        @ice.dhs.gov



NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you
have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information.  Please inform
the sender that you received this message in error and delete the message from your system.

**From:** (b)(6); (b)(7)(C)                @ice.dhs.gov>
**Sent:** Thursday, August 20, 2020 3:22 PM
**To:** (b)(6); (b)(7)(C)                @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)        @ice.dhs.gov>; (b)(6); (b)(7)(C)                @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)        @ice.dhs.gov>; (b)(6); (b)(7)(C)        @ice.dhs.gov>;
(b)(6); (b)(7)(C)                @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)        @ice.dhs.gov>; (b)(6); (b)(7)(C)        @ice.dhs.gov> (b)(6); (b)(7)(C)
                @ice.dhs.gov>; (b)(6); (b)(7)(C)                @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

Yes. Thanks.

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Date:** Thursday, Aug 20, 2020, 18:01
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>,
(b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6);
(b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

Hey (b)(6); (b)(7)(C)

The same test as DRC? The Abbott Now test?

Thank you,

(b)(6); (b)(7)(C)
*Detention and Deportation Officer*
ICE Air Operations Division, Air Charter Operations
6335 S. Downwind Circle (b)(6); (b)(7)(C) Mesa, AZ 85212
480-638 (b)(6); (b)(7)(C) (M)
(b)(6); (b)(7)(C) @ice.dhs.gov

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message from your system.

---

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Thursday, August 20, 2020 3:01 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>;
(b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

Thanks, (b)(6); (b)(7) for working on this SHRC. Yes, Cameroon required COVID test as well.

Best,



Sent with BlackBerry Work
([www.blackberry.com](www.blackberry.com))

---

**From:** (b)(6); (b)(7)(C)                    @ice.dhs.gov>
**Date:** Thursday, Aug 20, 2020, 17:57
**To:** (b)(6); (b)(7)(C)                @ice.dhs.gov>, (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)        @ice.dhs.gov>, (b)(6); (b)(7)(C)        @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)            @ice.dhs.gov>, (b)(6); (b)(7)(C)            @ice.dhs.gov>, (b)(6);
(b)(6); (b)(7)(C)        @ice.dhs.gov>(b)(6); (b)(7)(C)            @ice.dhs.gov>, (b)(6);
(b)(6); (b)(7)(C)        @ice.dhs.gov>,(b)(6); (b)(7)(C)            @ice.dhs.gov>,(b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)        @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

(b)(6); (b)(7)(C)

I know DRC requires Abbott COVID-19 testing since we just went there.  How about Cameroon? Do they require testing? Need to know in order to firm up departure location on flight itinerary.

Thank you,

(b)(6); (b)(7)(C)
*Detention and Deportation Officer*
ICE Air Operations Division, Air Charter Operations
6335 S. Downwind Circle, (b)(6); (b)(7)(C)  Mesa, AZ 85212
480-638(b)(6); (b)(7)(C)        (M)
(b)(6); (b)(7)(C)        @ice.dhs.gov



NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information.  Please inform the sender that you received this message in error and delete the message from your system.

---

**From:** (b)(6); (b)(7)(C)
**Sent:** Thursday, August 20, 2020 1:58 PM
**To:** (b)(6); (b)(7)(C)                @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)        @ice.dhs.gov>(b)(6); (b)(7)(C)        @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)            @ice.dhs.gov>;(b)(6); (b)(7)(C)            @ice.dhs.gov>;
(b)(6); (b)(7)(C)                @ice.dhs.gov>;(b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)        @ice.dhs.gov>; (b)(6); (b)(7)(C)            @ice.dhs.gov>;(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)   @ice.dhs.gov>; (b)(6); (b)(7)(C)   @ice.dhs.gov>

**Subject:** RE: Oct 12 Cameroon / DRC large

Still pending with our vendor.  Will ping them but they are currently working on issues for (b)(7) flights for us that leave within the next two weeks.

Thank you,

(b)(6); (b)(7)(C)

*Detention and Deportation Officer*

ICE Air Operations Division, Air Charter Operations

6335 S. Downwind Circle, (b)(6); (b)(7)(C) Mesa, AZ 85212

480-638-(b)(6); (b)(7)(C) (M)

(b)(6); (b)(7)(C) @ice.dhs.gov



NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information.  Please inform the sender that you received this message in error and delete the message from your system.

---

**From:** (b)(6); (b)(7)(C)   @ice.dhs.gov>

**Sent:** Thursday, August 20, 2020 3:26 AM

**To:** (b)(6); (b)(7)(C)   @ice.dhs.gov>; (b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)   @ice.dhs.gov>; (b)(6); (b)(7)(C)   @ice.dhs.gov>

**Cc:** (b)(6); (b)(7)(C)   @ice.dhs.gov>; (b)(6); (b)(7)(C)   @ice.dhs.gov>;

(b)(6); (b)(7)(C)   @ice.dhs.gov>; (b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)   @ice.dhs.gov>; (b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)   @ice.dhs.gov>; (b)(6); (b)(7)(C)   @ice.dhs.gov>

**Subject:** RE: Oct 12 Cameroon / DRC large

Good morning Mesa:

Any update on the itinerary.

(b)(6); (b)(7)(C) DDO

RIO - Africa

Desk: (202) 732-(b)(6); (b)(7)(C)

Cell: (215) 399-(b)(6); (b)(7)(C)

---

**From:** (b)(6); (b)(7)(C)   @ice.dhs.gov>

**Sent:** Monday, August 17, 2020 9:15 AM

**To:** (b)(6); (b)(7)(C)   @ice.dhs.gov>; (b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)   @ice.dhs.gov>; (b)(6); (b)(7)(C)   @ice.dhs.gov>

**Cc:** (b)(6); (b)(7)(C)   @ice.dhs.gov>; (b)(6); (b)(7)(C)   @ice.dhs.gov>;

(b)(6); (b)(7)(C) @ice.dhs.gov>;(b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov>;(b)(6); (b)(7)(C) @ice.dhs.gov>;(b)(6); (b)(7)(C) @ice.dhs.gov>;(b)(6); (b)(7)(C) @ice.dhs.gov>

**Subject:** RE: Oct 12 Cameroon / DRC large

10-4


Thank you,

(b)(6); (b)(7)(C)

*Detention and Deportation Officer*

ICE Air Operations Division, Air Charter Operations

6335 S. Downwind Circle, (b)(6); (b)(7)(C)  Mesa, AZ 85212

480-638(b)(6); (b)(7)(C) (M)

(b)(6); (b)(7)(C)  @ice.dhs.gov



NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message from your system.


**From:** (b)(6); (b)(7)(C)  @ice.dhs.gov>
**Date:** Monday, Aug 17, 2020, 6:13 AM
**To:** (b)(6); (b)(7)(C)  @ice.dhs.gov>;(b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov>;(b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov>;(b)(6); (b)(7)(C) @ice.dhs.gov>,(b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov>;(b)(6); (b)(7)(C) @ice.dhs.gov>,(b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov>

**Subject:** RE: Oct 12 Cameroon / DRC large

Let's (b)(7)(E)



(b)(6); (b)(7)(C)

Assistant Attaché

Department of Homeland Security

U.S. Embassy, Pretoria, South Africa

(O): 27-10-141(b)(6); (b)(7)(C)

(C):27-79-111-

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Date:** Monday, Aug 17, 2020, 3:11 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

(b)(7)(E)

Thank you,

(b)(6); (b)(7)(C)

*Detention and Deportation Officer*
ICE Air Operations Division, Air Charter Operations
6335 S. Downwind Circle, (b)(6); (b)(7)(C) Mesa, AZ 85212
480-638 (b)(6); (b)(7)(C) (M)
(b)(6); (b)(7)(C) @ice.dhs.gov

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you
have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information.  Please inform
the sender that you received this message in error and delete the message from your system.

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Date:** Monday, Aug 17, 2020, 5:28 AM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

(b)(6);
(b)(7)(C)

Good morning:

(b)(6); (b)(7) responded today with arrival times:

(b)(7)(E)

Can we generate an itinerary as soon as possible.

Thanks

(b)(6); (b)(7)(C) DDO
RIO - Africa
Desk: (202) 732-(b)(6); (b)(7)(C)
Cell: (215) 399-(b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Friday, August 14, 2020 2:07 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

Hey (b)(6); (b)(7)(C)

I hope all is well in DC.  Sorry for the delayed response, as it has been really busy here at IAO.

(b)(6); (b)(7)(C); (b)(7)(E)

Thank you,

(b)(6); (b)(7)(C)

*Detention and Deportation Officer*
ICE Air Operations Division, Air Charter Operations
6335 S. Downwind Circle, (b)(6); (b)(7)(C)   Mesa, AZ 85212
480-638-(b)(6); (b)(7)(C)   (M)
(b)(6); (b)(7)(C)   @ice.dhs.gov



NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information.  Please inform the sender that you received this message in error and delete the message from your system.

---

**From:** (b)(6); (b)(7)(C)   @ice.dhs.gov>
**Sent:** Thursday, August 13, 2020 5:51 AM
**To:** (b)(6); (b)(7)(C)   @ice.dhs.gov>; (b)(6); (b)(7)(C)   @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)   @ice.dhs.gov>
**Subject:** RE: Oct 12 Cameroon / DRC large

Good morning, (b)(6); (b)(7)(C)   hope you and family are doing well.

As the email below indicated that ACO was working on the Oct 12 large SHRC to DRC/Cameroon. Per (b)(6); (b)(7)(C)   message this morning that to reach out to you for the itinerary.

Please forward RIO Africa a copy of this itinerary when it's available. Thank you.

(b)(6); (b)(7)(C)

Regards,

(b)(6); (b)(7)(C)

Department of Homeland Security
Immigration and Customs Enforcement
Removal and International Operations
Embassy Liaison/Desk Officer
500 12th Street, SW
Washington, DC 20536
202-732-(b)(6); (b)(7)(C)   (Office)
202-696-(b)(6); (b)(7)(C)   (Mobile)
Email: (b)(6);   @ice.dhs.gov

Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.

**From:** (b)(6); (b)(7)(C)                    @ice.dhs.gov>
**Sent:** Monday, August 10, 2020 12:54 PM
**To:** (b)(6); (b)(7)(C)          @ice.dhs.gov>; (b)(6); (b)(7)(C)                    @ice.dhs.gov>;
(b)(6); (b)(7)(C)                    @ice.dhs.gov>; (b)(6); (b)(7)(C)              @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)              @ice.dhs.gov>
**Subject:** FW: Cameroon / DRC large

(b)(7)(E)

(b)(6); (b)(7)(C)          now that we have approval and it will be added to the SHRC schedule, feel free to coordinate directly with the ACO team on the itinerary and other issues/concerns.

Thanks, all!

(b)(6); (b)(7)(C)

Unit Chief
ICE ERO – Removal Division
Removal and International Operations-Africa
(202) 732-(b)(6); (b)(7)(C)          (c )
500 12th Street, SW
Washington, D.C. 20536

**From:** (b)(6); (b)(7)(C)                    @ice.dhs.gov>
**Sent:** Monday, August 10, 2020 10:58 AM
**To:** (b)(6); (b)(7)(C)              @ice.dhs.gov>; (b)(6); (b)(7)(C)              @ice.dhs.gov>
**Subject:** RE: Cameroon / DRC large

We will pencil it in on October 12.. Also we need to know about COVID testing for both countries..

Thank you,

(b)(6); (b)(7)(C)

Unit Chief
ICE Air Charter Operations / HQ
(b)(6); (b)(7)(C)          @ice.dhs.gov

6335 S. Downwind Circle, (b)(6); (b)(7)(C)
Mesa, AZ 85212
C-602-397- (b)(6); (b)(7)(C)
D-480-638- (b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C)  @ice.dhs.gov>
**Sent:** Monday, August 10, 2020 7:56 AM
**To:** (b)(6); (b)(7)(C)  @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)  @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)  @ice.dhs.gov>
**Subject:** RE: Cameroon / DRC large

Yes, any day that week, including the 12th, is good for IOD.

(b)(6); (b)(7)(C)
Unit Chief
ICE ERO – Removal Division
Removal and International Operations-Africa
(202) 732 (b)(6); (b)(7)(C)  (c )
500 12th Street, SW
Washington, D.C. 20536

**From:** (b)(6); (b)(7)(C)  @ice.dhs.gov>
**Sent:** Monday, August 10, 2020 10:55 AM
**To:** (b)(6); (b)(7)(C)  @ice.dhs.gov>; (b)(6); (b)(7)(C)  @ice.dhs.gov>
**Subject:** RE: Cameroon / DRC large

Is October 12 good with IOD?

Thank you,

(b)(6); (b)(7)(C)
Unit Chief
ICE Air Charter Operations / HQ
(b)(6); (b)(7)(C)  @ice.dhs.gov
6335 S. Downwind Circle, (b)(6); (b)(7)(C)
Mesa, AZ 85212
C-602-397- (b)(6); (b)(7)(C)
D-480-638- (b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C)  @ice.dhs.gov>
**Sent:** Monday, August 10, 2020 7:44 AM

**To:** (b)(6); (b)(7)(C)                                  @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)                @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)                @ice.dhs.gov>
**Subject:** FW: Cameroon / DRC large

(b)(6);
(b)(7)(C)

Sorry to blast you with multiple requests this morning, but we have another. RIO Africa and IOD have been working towards a large SHRC to Cameroon and DRC. We are now in a position to identify a date and will need a draft itinerary.

(b)(6); (b)(7)(C); (b)(7)(E)

Thanks again!

(b)(6);
(b)(7)(C)

(b)(6); (b)(7)(C)
Unit Chief
ICE ERO – Removal Division
Removal and International Operations-Africa
(202) 732-(b)(6); (b)(7)(C)              (c )
500 12th Street, SW
Washington, D.C. 20536

**From:** (b)(6); (b)(7)(C)                         @ice.dhs.gov>
**Sent:** Saturday, August 8, 2020 4:34 AM
**To:** (b)(6); (b)(7)(C)                @ice.dhs.gov>; (b)(6); (b)(7)(C)              @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)              @ice.dhs.gov>; (b)(6); (b)(7)(C)              @ice.dhs.gov>
**Subject:** Cameroon / DRC large

Good morning,

Just providing you a quick update on the Cameroon/DRC large frame. (b)(7)(E)
(b)(7)(E)
(b)(7)(E)                                          Below are the requirements for both DRC and Cameroon. As a reminder, once we send it in the manifest we can not add any names to it… Please let me know how you would like to proceed.

**DRC requirements**

(b)(7)(E)

## Cameroon requirements

(b)(7)(E)

(b)(6); (b)(7)(C)

Assistant Attaché
Department of Homeland Security
U.S. Embassy, Pretoria, South Africa
(O): 27-10-141 (b)(6); (b)(7)(C)
(C):27-79-111- (b)(6); (b)(7)(C)

**October 13, 2020 - SHRC (b)(7)(E) DRC_CAMEROON**

| # | AOR | Alien Number | Family Name | Given Name | Birth Date | Gender | Country | FTC | Detention Facility | Criminal Charge | TD/ PP #/Expiration |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | (b)(7)(E) | (b)(6); (b)(7)(C) | | | | Male | DRC | | Buffalo SPC | Assault | TD Expires 2/03/2021 |
| 2 | | | | | | Male | DRC | | Priarieland Detention | None | TD Expires 12/22/2020 |
| 3 | | | | | | Male | DRC | | South Texas ICE Proc | None | TD Expires 12/22/2020 |
| 4 | | | | | | Female | DRC | | Laredo Proc Cntr | None | TD Expires 12/22/2020 |
| 5 | | | | | | Male | DRC | | Adams County | None | TD Expires 12/22/2020 |
| 6 | | | | | | Male | DRC | X | Richwood Corr Cntr | None | TD Expires 11/29/2020 |
| 7 | | | | | | Male | DRC | | Adams County | Robbery | TD Expires 11/29/2020 |
| 8 | | | | | | Female | DRC | | Montgomery Proc Cntr | None | TD Expires 11/29/2020 |
| 9 | | | | | | Male | DRC | | Rio Grande Det Cntr | None | TD Expires  1/08/2021 |
| 10 | | | | | | Male | DRC | | Otay Mesa Detention | None | TD Expires 12/22/2020 |
| 11 | | | | | | Male | DRC | X | Winn Corr Facility | None | TD Expires 12/22/2020 |
| 12 | | | | | | Male | DRC | | Pulaski County | Agg Assault | TD Expires 12/22/2020 |
| 13 | | | | | | Male | DRC | X | Stewart Detention Cntr | None | TD Expires 2/03/2021 |
| 14 | | | | | | Male | DRC | | Stewart Detention Cntr | Car Jacking, Agg Assualt | TD Expires 11/29/2020 |
| 15 | | | | | | Male | DRC | | Priarieland Detention | Larceny and Sex Offense | TD Expires 12/22/2020 |
| 16 | | | | | | Male | DRC | | Chippewa County | Larceny - Enticing Minor | TD Expires 11/29/2020 |
| 17 | | | | | | Male | DRC | | Polk County Jail | Sex Assault | Valid Passport |
| 18 | | | | | | Male | DRC | X | Winn Corr Facility | Illgal Entry | TD Expires 2/03/2021 |
| 19 | | | | | | Male | DRC | | Irwin County | Agg Assault and Shoplifting | TD Expires 11/29/2020 |
| 20 | | | | | | Female | DRC | | NW ICE Proc Cntr | None | TD Expires 11/29/2020 |
| 21 | | | | | | Male | DRC | X | Rio Grande Det Cntr | None | TD Expires 11/29/2020 |
| 22 | | | | | | Male | DRC | X | South Texas ICE Proc | None | TD Expires 12/22/2020 |
| 23 | | | | | | Male | DRC | | McHenry County | None | TD Expires 12/22/2020 |
| 24 | | | | | | Male | DRC | | South Texas ICE Proc | None | TD Expires 2/03/2021 |
| 25 | | | | | | Male | DRC | | Irwin County | Sex Offense - Minor | TD Expires 1/08/2021 |
| 26 | | | | | | Male | DRC | X | Rio Grande Det Centr | None | TD Expires 1/08/2021 |
| 27 | | | | | | Male | DRC | X | Rio Grande Det Centr | None | TD Expires 1/08/2021 |
| 28 | | | | | | Male | DRC | | Rio Grande Det Centr | None | TD Expires 2/03/2021 |
| 29 | | | | | | Male | DRC | | McHenry County | None | TD Expires 3/17/2021 |
| 30 | | | | | | Male | DRC | X | South Texas ICE Proc | Assault, Trespassing Drug Poss, & DUI | TD Pending |
| 31 | | | | | | Male | CAMEROON | | Franklin House of Corr | Sex Offense - Elderly | TD Expires 12/02/20 (b)(6); |
| 32 | | | | | | Male | CAMEROON | | Morrow County Corr | Obscene Material, Vehicle Theft/Use | TD Pending |
| 33 | | | | | | Male | CAMEROON | | Joe Corley Proc Cntr | None | Valid Passport |
| 34 | | | | | | Male | CAMEROON | | Joe Corley Proc Cntr | None | TD Expires 12/02/20 (b)(6); |
| 35 | | | | | | Male | CAMEROON | | Joe Corley Proc Cntr | None | TD Expires 12/02/20 (b)(7)( |
| 36 | | | | | | Male | CAMEROON | | Joe Corley Proc Cntr | None | TD Expires 12/02/20 C) |
| 37 | | | | | | Male | CAMEROON | | Joe Corley Proc Cntr | None | TD Expires 12/02/20 |
| 38 | | | | | | Male | CAMEROON | | Joe Corley Proc Cntr | None | TD Expires 12/02/20 |
| 39 | | | | | | Female | CAMEROON | | Montgomery Proc Cntr | None | TD Expires 12/02/20 |
| 40 | | | | | | Male | CAMEROON | | Joe Corley Proc Cntr | None | TD Expires 12/03/20 |
| 41 | | | | | | Male | CAMEROON | | Joe Corley Proc Cntr | None | TD Expires 12/07/20 |
| 42 | | | | | | Male | CAMEROON | | Joe Corley Proc Cntr | None | PP |
| 43 | | | | | | Female | CAMEROON | | T Don Hutto | None | TD Expires 12/02/20 (b)(6); |
| 44 | | | | | | Female | CAMEROON | | T Don Hutto | None | TD Expires 12/02/20 (b)(7)( |
| 45 | | | | | | Female | CAMEROON | | T Don Hutto | None | TD Expires 12/08/20 C) |
| 46 | | | | | | Male | CAMEROON | | Imperial Reg Adult Det | None | TD Pending |
| 47 | | | | | | Male | CAMEROON | | Imperial Reg Adult Det | None | TD Expires 12/02/20 (b)(6); |
| 48 | | | | | | Male | CAMEROON | | Etowah County Jail | None | TD Expires 12/02/20 (b)(7) |
| 49 | | | | | | Male | CAMEROON | X | Etowah County Jail | None | TD Expires 12/03/20 (C) |
| 50 | | | | | | Male | CAMEROON | X | Houston Contract Det | None | TD Pending |
| 51 | | | | | | Male | CAMEROON | | Adams County | None | TD Expires 12/08/20 (b)(6) |
| 52 | | | | | | Male | CAMEROON | | Adams County | None | TD Expires 12/08/20 |
| 53 | | | | | | Male | CAMEROON | X | Adams County | None | TD Pending |

(b)(6); (b)(7)(C)
(b)(7)(E)

| # | Sex | Country | | Facility | Charge | TD Status | |
|---|---|---|---|---|---|---|---|
| 54 | Male | CAMEROON | | Adams County | None | TD Expires 12/03/20 | (b)(6); (b)(7)(C) |
| 55 | Male | CAMEROON | X | Adams County | None | TD Expires 12/03/20 | |
| 56 | Male | CAMEROON | X | Adams County | None | TD Expires 12/02/20 | |
| 57 | Male | CAMEROON | X | Adams County | None | TD Expires 12/07/20 | |
| 58 | Male | CAMEROON | X | Adams County | None | TD Expires 12/02/20 | |
| 59 | Male | CAMEROON | | Adams County | None | TD Expires 12/03/20 | |
| 60 | Male | CAMEROON | X | Adams County | None | TD Expires 12/02/20 | |
| 61 | Male | CAMEROON | | Adams County | None | TD Pending | |
| 62 | Male | CAMEROON | | Adams County | None | TD Expires 12/02/20 | |
| 63 | Male | CAMEROON | | LaSalle Correction Cntr | None | TD Expires 12/08/20 | (b)(6); (b)(7)(C) |
| 64 | Male | CAMEROON | X | Richwood Corr Cntr | None | TD Expires 12/08/20 | |
| 65 | Male | CAMEROON | | Richwood Corr Cntr | None | TD Pending | |
| 66 | Male | CAMEROON | X | LaSalle Correction Cntr | None | TD Expires 12/02/20 | (b)(6); (b)(7)(C) |
| 67 | Male | CAMEROON | | River Correctional Cntr | None | TD Expires 12/02/20 | |
| 68 | Male | CAMEROON | | River Correctional Cntr | None | TD Expires 12/02/20 | |
| 69 | Male | CAMEROON | | River Correctional Cntr | None | TD Pending | |
| 70 | Male | CAMEROON | X | River Correctional Cntr | None | TD Expires 12/08/20 | (b)(6); (b)(7)(C) |
| 71 | Male | CAMEROON | | River Correctional Cntr | None | TD Expires 12/02/20 | |
| 72 | Male | CAMEROON | X | River Correctional Cntr | None | TD Pending | |
| 73 | Male | CAMEROON | | LaSalle Correction Cntr | None | TD Expires 12/02/20 | (b)(6); (b)(7)(C) |
| 74 | Male | CAMEROON | X | River Correctional Cntr | None | TD Expires 12/02/20 | |
| 75 | Male | CAMEROON | | River Correctional Cntr | None | TD Expires 12/08/20 | |
| 76 | Male | CAMEROON | | River Correctional Cntr | None | TD Expires 12/02/20 | |
| 77 | Male | CAMEROON | X | LaSalle Correction Cntr | None | TD Pending | |
| 78 | Male | CAMEROON | | Non-detained | None | TD Expires 12/02/20 | (b)(6); (b)(7)(C) |
| 79 | Male | CAMEROON | X | River Correctional Cntr | None | TD Expires 12/03/20 | |
| 80 | Male | CAMEROON | X | River Correctional Cntr | None | TD Expires 12/02/20 | |
| 81 | Male | CAMEROON | X | River Correctional Cntr | None | TD Expires 12/02/20 | |
| 82 | Male | CAMEROON | | River Correctional Cntr | None | TD Expires 12/02/20 | |
| 83 | Male | CAMEROON | | Winn Corr Facility | None | TD Expires 12/03/20 | |
| 84 | Male | CAMEROON | | Krome SPC | None | TD Expires 12/07/20 | |
| 85 | Female | CAMEROON | | Laredo Proc Cntr | None | TD Expires 12/02/20 | |
| 86 | Male | CAMEROON | | NYE County Sheriff | None | TD Expires 12/08/20 | |
| 87 | Female | CAMEROON | | Non-detained | Larceny, Shoplifting, Traffic | TD Expires 12/09/20 | |
| 88 | Female | CAMEROON | | Montgomery Proc Cntr | None | TD Expires 12/08/20 | |
| 89 | Male | CAMEROON | X | Pine Prairie ICE Proc | None | TD Expires 12/03/20 | |
| 90 | Male | CAMEROON | | Pine Prairie ICE Proc | None | TD Expires 12/02/20 | |
| 91 | Male | CAMEROON | X | Pine Prairie ICE Proc | None | TD Expires 12/08/20 | |
| 92 | Male | CAMEROON | | LaSalle Correction Cntr | None | TD Expires 12/08/20 | |
| 93 | Male | CAMEROON | X | Pine Prairie ICE Proc | None | TD Expires 12/03/20 | |
| 94 | Male | CAMEROON | X | Jackson Parrish Corr | None | TD Pending | |
| 95 | Female | CAMEROON | | Otay Mesa Detention | None | TD Expires 12/02/20 | (b)(6); (b)(7)(C) |
| 96 | Female | CAMEROON | | Non-detained | None | TD Expires 12/02/20 | |
| 97 | Male | CAMEROON | | El Valle Detention Fac | None | TD Pending | |
| 98 | Male | CAMEROON | | Etowah County Jail | None | TD Expires 12/08/20 | (b)(6); |
| 99 | Male | CAMEROON | | Eden Detention Cntr | Illgal Entry | TD Pending | |
| 100 | Male | CAMEROON | X | Eden Detention Cntr | None | TD Expires 12/08/20 | (b)(6); (b)(7)(C) |
| 101 | Male | CAMEROON | | Stewart Detention Cntr | Fraud, Larceny, Traffic | TD Expires 12/07/20 | |
| 102 | Male | CAMEROON | | Etowah County Jail | Fraud | TD Expires 12/08/20 | |
| 103 | Male | CAMEROON | X | Stewart Detention Cntr | None | TD Expires 12/07/20 | |
| 104 | Male | CAMEROON | | Columbia Care | None | TD Expires 12/02/20 | |
| 105 | Male | CAMEROON | | NW ICE Proc Cntr | None | TD Expires 12/02/20 | |
| 106 | Male | CAMEROON | | ICE-Farmville | None | TD Expires 12/08/20 | |
| 107 | Male | CAMEROON | X | York County Prison | None | TD Expires 12/09/20 | |
| 108 | Male | CAMEROON | | Non-detained | None | TD Pending | |
| 109 | Male | CAMEROON | | Non-detained | None | TD Expires 12/02/20 | (b)(6); |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 110 | (b)(7)(E) | (b)(6); (b)(7)(C) | Male | CAMEROON | | Non-detained | None | TD Expires 12/07/20 (b)(6); |
| | | ALTERNATES | | | | | |
| 1 | | b)(6); (b)(7)(C) | Female | DRC | | T Don Hutto | None | TD Pending |
| 2 | | | Female | DRC | | Buffalo SPC | None | TD Pending |
| 3 | | | Male | CAMEROON | | Non-detained | None | TD Pending |
| 4 | | | Male | CAMEROON | | Non-detained | None | TD Expires 12/07/20 (b)(6); |
| 5 | | | Female | CAMEROON | | Non-detained | None | TD Expires 12/02/20 (b)(7)( |
| 6 | | | Female | CAMEROON | | Non-detained | None | TD Expires 12/02/20 C) |
| 7 | | | Female | CAMEROON | | Non-detained | None | TD Expires 12/02/20 |
| 8 | | | Male | CAMEROON | | Non-detained | None | TD Expires 12/07/20 |
| 9 | | | Female | CAMEROON | | Non-detained | None | TD Expires 12/02/20 |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |