# EXHIBIT J

*Office for Civil Rights and Civil Liberties*
**U.S. Department of Homeland Security**
Washington, DC 20528



September 29, 2023

*Via electronic mail*

Attn: Professor Fatma Marouf, Director
Immigrant Rights Clinic
Texas A&M School of Law
307 W. 7th St., Ste LL50
Fort Worth, Texas 76102
Fatma.marouf@law.tamu.edu

Re:     Complaint No. 002577-22-ICE

Dear Professor/Director Marouf:

On October 13, 2021, the U.S. Department of Homeland Security (DHS), Office for Civil Rights and Civil Liberties (CRCL) received correspondence from you on behalf of the African Communities Together, Black Alliance for Just Immigration, Cameroon Advocacy Network, Haitian Bridge Alliance, Texas A&M Immigrant Rights Clinic, UndocuBlack Network, Witness at the Border, and three individuals who were subjected to a device known as the WRAP.

Specifically, your letter indicated that the use of the WRAP constituted "torture or cruel, inhumane, and degrading treatment in violation of the Convention Against Torture." You additionally alleged the use of the WRAP violates the "Fifth Amendment Due Process Clause, the Rehabilitation Act, federal civil rights laws, state criminal and tort laws, and ICE's own detention standards."

Under 6 U.S.C. § 345 and 42 U.S.C. § 2000ee-1, CRCL has the responsibility to review and assess complaints against DHS employees and officials concerning violations of civil rights and civil liberties. CRCL opened this matter and conducted an investigation.

CRCL made several findings and recommendations which were sent to the Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) in the form of a recommendation memorandum for their consideration. These findings were related to lack of policy, oversight, documentation, justification, lack of recording, training, use of the WRAP at detention facilities and during transport.

Now that CRCL has issued formal recommendations to ICE, they must formally concur or not concur with CRCL's recommendations. In addition, under CRCL's transparency initiative, once we receive a DHS Component's response, CRCL publishes redacted versions of CRCL's

recommendation memoranda on our website. Personally identifiable information is removed prior to posting. Once posted, you may find CRCL's recommendation memoranda on our transparency webpage: https://www.dhs.gov/transparency-civil-rights-investigations.

As noted in our complaint acknowledgement letter sent to you on November 3, 2021, please be advised that our complaint process does not provide individuals with legal rights or remedies. Accordingly, CRCL is not able to obtain any legal remedies or damages on anyone's behalf. Instead, we use complaint investigations to identify and address problems in DHS policy and its implementation.

This investigation is now closed. If you wish to file new allegations of civil rights and civil liberties violations by DHS, please contact CRCL by email at CRCLcompliance@hq.dhs.gov or visit our online complaint portal at https://engage.dhs.gov/crcl-complaint.

    Sincerely,

    Office for Civil Rights and Civil Liberties
    U.S. Department of Homeland Security